Arthur KNOWLES v. STATE. (8 Div. 633.) Court of Appeals of Alabama. Feb. 14, 1928.

James E. Horton, Judge.

RICE, J. Affirmed. See, also, 115 So. 924.

(115 So. 924)

Arthur KNOWLES v. STATE. (8 Div. 632.) Court of Appeals of Alabama. Jan. 31, 1928.

Kyle, Judge. See, also, 115 So. 924.

SAMFORD, J. Affirmed.

(117 So. 925)

KORRECT KLOTHES, Inc., v. J. W. BROWN. (6 Div. 374.) Court of Appeals of Alabama. June 21, 1928.

Romaine Boyd, Judge.

PER CURIAM. Affirmed.

(113 So. 918)

Oscar LADD v. STATE. (8 Div. 540.) Court of Appeals of Alabama. Aug. 2, 1927.

W. W. Haralson, Judge. Violating Code 1923, § 5411. O. M. Raines, of Scottsboro, for appellant. Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. The record in this case, including all the evidence has been read and carefully considered by this court en banc. While we pretermit here a discussion of the attending facts and circumstances as disclosed by this record, we note they are most unusual, and are of the opinion, and so hold, that, after allowing all reasonable presumptions in favor of the correctness of the ruling of the court upon the defendant's motion for a new trial, the court erred in overruling same, as the preponderance of the evidence against the verdict is so decided as to clearly convince us that it is wrong and unjust. Reversed and remanded.

(117 So. 925)

Frank LAMINACK v. STATE. (7 Div. 412.) Court of Appeals of Alabama. June 5, 1928.

B. Carr, Judge. Violating prohibition law.

RICE, J. Affirmed.

(116 So. 925)

LANDERS BROTHERS CO. v. BIRMINGHAM AUTO TOP CO. (6 Div. 316.) Court of Appeals of Alabama. April 24, 1928.

Richard V. Evans, Judge.

RICE, J. Affirmed.

(111 So. 925)

Howard LANIER v. STATE. (8 Div. 470.) (Court of Appeals of Alabama. Feb. 1, 1927.)

J. E. Horton, Judge.

RICE, J. Affirmed.

(114 So. 923)

H. J. LANIER v. UNDERWOOD TYPEWRITER CO. (4 Div. 360.) Court of Appeals of Alabama. Nov. 17, 1927.

J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(113 So. 918)

Earnest LARGIN v. STATE. (6 Div. 179.) Court of Appeals of Alabama. June 30, 1927.

Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed on motion of appellant.

(113 So. 918)

Jim LARGIN v. STATE. (6 Div. 180.) Court of Appeals of Alabama. June 30, 1927.

Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed on motion of appellant.

(111 So. 925)

Charlton LAW v. STATE. (4 Div. 240.) (Court of Appeals of Alabama. Nov. 16, 1926. Rehearing Denied Jan. 11, 1927.)

W. L. Parks, Judge. A. G. Seay, of Troy, for appellant. Harwell G. Davis, Atty. Gen., for the State. Distilling.

SAMFORD, J. Affirmed.

(115 So. 924)

Willard LAWSON v. STATE. (8 Div. 618.) Court of Appeals of Alabama. Feb. 7, 1928.

James E. Horton, Judge.

BRICKEN, P. J. From a judgment of conviction for unlawfully possessing a still to be used for the purpose of manufacturing prohibited liquors or beverages, this appeal was taken. There is no bill of exceptions. We have examined the record proper, upon which the appeal is predicated. Finding it regular and without error, it is ordered that the judgment of conviction in the circuit court, from which this appeal was taken, will stand affirmed. Affirmed.

(115 So. 924)

Thomas LAYTON v. STATE. (7 Div. 436.) Court of Appeals of Alabama. Jan. 31, 1928.

Woodson J. Martin, Judge.

SAMFORD, J. Affirmed.

(117 So. 925)

L. H. LEDDEN v. STATE. (4 Div. 365.) Court of Appeals of Alabama. May 22, 1928.

S. Williams, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.